No. 00–6041.  IN RE BROWN;

No. 00–6102.  IN RE AVALOS; and

No. 00–6211.  IN RE VEASEY.  Petitions for writs of habeas corpus denied.

No. 00–5498.  IN RE MEEKS;

No. 00–5550.  IN RE PARKER; and

No. 00–5870.  IN RE GROVER.  Petitions for writs of mandamus denied.

No. 00–5609.  IN RE DAVIS.  Petition for writ of prohibition denied.

No. 99–1994.  NEVADA ET AL. *v.* HICKS ET AL.  C. A. 9th Cir. Certiorari granted.

No. 99–2036.  GOOD NEWS CLUB ET AL. *v.* MILFORD CENTRAL SCHOOL.  C. A. 2d Cir.  Certiorari granted.

No. 99–2047.  PALAZZOLO *v.* RHODE ISLAND ET AL.  Sup. Ct. R. I.  Certiorari granted.

No. 00–191.  FEDERAL ELECTION COMMISSION *v.* COLORADO REPUBLICAN FEDERAL CAMPAIGN COMMITTEE.  C. A. 10th Cir. Certiorari granted.

No. 99–1884.  LACKAWANNA COUNTY DISTRICT ATTORNEY ET AL. *v.* COSS.  C. A. 3d Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari granted.

No. 99–2035.  COOPER INDUSTRIES, INC. *v.* LEATHERMAN TOOL GROUP, INC.  C. A. 9th Cir.  Certiorari granted limited to the following question: "What is the standard of review of a trial court's ruling on a challenge to the constitutionality of a punitive damage award?"

No. 99–7791.  ZADVYDAS *v.* DAVIS ET AL.  C. A. 5th Cir.  Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, case consolidated with No. 00–38, *Reno, Attorney General, et al.* v. *Kim Ho Ma,* immediately *infra,* and a total of one hour allotted for oral argument.